THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANATOLE LORRAINE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, New York,

Respondent.— Appeal by petitioner from an order dismissing a writ of habeas corpus and remanding him to the custody of the warden of Sing Sing Prison. Order affirmed. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.